634

Mary Dausch, defendant in error, v. Hotel La Salle Company, plaintiff in error. Gen. No. 34,323.

Opinion filed June 15, 1931. Rehearing denied June 25, 1931.

Charles Hudson, for plaintiff in error. Albert Sabath, for defendant in error.

Mr. Presiding Justice Wilson delivered the opinion of the court.

Agnes Vlamynck, plaintiff in error, v. Henry Schmidt et al., defendants in error. Gen. No. 34,617.

Opinion filed June 15, 1931.

Golden, Kagan & Whiteside, for plaintiff in error. Philip Gothberg, William H. A. Rust and Ernest C. Reniff, for defendants in error.

Mr. Presiding Justice Wilson delivered the opinion of the court.

Florence Kuss, appellee, v. Bird-Sykes Company, appellant. Gen. No. 34,743.

Opinion filed June 15, 1931.

Alex Markels and Roy A. Whiteside, for appellant. Rose & Symmes, for appellee.

Mr. Presiding Justice Wilson delivered the opinion of the court.

The People of the State of Illinois ex rel. Diana Vukasovich, appellee, v. Paul Dragel, appellant. Gen. No. 34,817.

Opinion filed June 15, 1931.

Louis M. Bloom, for appellant. John A. Swanson, State's Attorney, for appellee; Edward E. Wilson and Grenville Beardsley, Assistant State's Attorneys, of counsel.

Mr. Presiding Justice Wilson delivered the opinion of the court.

Albert Staufenbiel, appellee, v. Edwin Palm, appellant. Gen. No. 34,824.

Opinion filed June 15, 1931.

Joseph G. Sheldon, for appellant. F. D. Shobe, for appellee.

Mr. Presiding Justice Wilson delivered the opinion of the court.